Ryan Farnsworth, ISB 8885  
Avery Law  
770 S. Woodruff Ave.  
Idaho Falls, ID 83401  
Telephone: (208) 524-3020  
Facsimile:  (208) 524-2051  

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-40038-JMM |
| | ) | |
| | ) | |
| Mario & Lordes Aguilar, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

**MOTION FOR ORDER EXTENDING TIME TO FILE REAFFIRMATION**

**AGREEMENT**

COMES NOW, Mario & Lordes Aguilar, Debtors herein, by and through counsel of record, Ryan Farnsworth, and hereby requests under Bankruptcy Rule 1007(c) and Local Bankruptcy Rule 1007.2, that this honorable court enter an order extending the time for the Debtor to file their Reaffirmation Agreement with Lendmark Financial, or in the alternative to set aside the discharge order previously entered, approve the reaffirmation, and re-enter the dsicharge.

Debtor with counsel signed the reaffirmation agreement prior to the discharge being entered, but due to transmission error, the Creditor did not receive the executed agreement in time to file it before discharge.

WHEREFORE, Movant requests that the deadline to file the Debtor's Reaffirmation Agreement in this case be extended to enable court approval of the reaffirmation.

Dated this 19th day of February, 2021.

/s/ Ryan Farnsworth,
Attorney for Debtors

CERTIFICATE OF SERVICE

COMES NOW Tina Jensen and hereby certifies that on February 9th, 2021, I electronically filed the Debtor's Motion to Extend Time to File Re Affirmation Agreement and Other forms using the CM/ECF system, which sent a Notice to the following persons:

**Gary L. Rainsdon** @ trustee@filertel.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned on February 19, 2021, to the following person(s) by mailing with the necessary postage affixed thereto.

/s/ Tina Jensen